**Order entered December 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00411-CV

**TONYA PARKS, Appellant**

**V.**

**AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL AND KATHERINE CAMPBELL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01614-B**

### ORDER

I voluntarily recuse from hearing any matter in this case.

/s/　CRAIG SMITH
　　　JUSTICE